UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22991-CIV-MORENO

CARLOS LOPEZ,

    Petitioner,

vs.

ERIC HOLDER, Attorney General of the United
States of America, *et al.*,

    Respondents.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **August 16, 2012**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 15)** on **June 10, 2013**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that the Petitioner has not filed objections and the time for doing so has now passed.

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 15)** on is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Petitioner's claims challenging his order of removal and/or future detention are DISMISSED for lack of jurisdiction;

(2)    The Petition for Writ of Habeas Corpus is DENIED; and

(3)     This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of July, 2013.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Carlos R. Lopez, *pro se*
L16702
South Bay Correctional Facility
Inmate Mails/Parcels
600 U.S. Highway 27 South
South Bay, FL 33493